No. 2391. — EL PUEBLO, apdo., *v.* BOBET, aplte.—C. D. Ponce.    Mayo 25, 1925.    Confirmada la sentencia apelada por aparecer de la prueba que la muestra de la leche que resultó adulterada se tomó de la leche que el acusado estaba vendiendo en su depósito, sin que constituya una buena de-

fensa el hecho de que el acusado recibiera momentos antes la leche del campo y que del campo viniera adulterada.